# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Cooper, Lisa Marie | Docket No. | 0980 4:18CR06044-005 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lisa Marie Cooper, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 23rd day of October, 2019 under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in violation of her period of pretrial supervision by using a controlled substance, methamphetamine, on or prior to December 11, 2018.

On October 25, 2018, the defendant signed her conditions of release indicating she understood she could not use illegal controlled substances. She also signed her Treatment Services Contract Plan stating she understood she needed to call Merit Resource Services daily and report for random drug testing when the color Brown was noted.

On December 11, 2018, the defendant reported for random drug testing as the color Brown had been indicated. The sample provided returned presumptive positive for the presence of methamphetamine. The sample was forwarded to Alere and was confirmed positive for the presence of methamphetamine on December 20, 2018.

The defendant admitted she had used methamphetamine and was reassessed. The assessment required the defendant to enter inpatient drug treatment. The defendant complied and entered inpatient drug treatment with Spokane Addiction recovery Centers (SPARC), on December 21, 2018. She completed treatment on January 9, 2019, and is now attending treatment with Lourdes in Richland.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: January 31, 2019 |
| by | s/David L. McCary |
|  | David L. McCary
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ X ]    No Action
[   ]    The Issuance of a Warrant
[   ]    The Issuance of a Summons
[   ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[   ]    Defendant to appear before the Judge assigned to the case
[   ]    Defendant to appear before the Magistrate Judge.
[   ]    Other

_M. K. Dinkle_
Signature of Judicial Officer

1/31/2019
Date