FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 11, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>LISA MARIE COOPER (5),<br><br>              Defendants. | No.   4:18-CR-6044-EFS-5<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS** |

      Before the Court, without oral argument, is Defendant Lisa Marie Cooper's Motion to Modify Pretrial Release Conditions, ECF No. 220. Defendant is having significant health issues and requests that the Court modify her third Special Condition of Pretrial Release, which states:

> Defendant shall avoid all contact, direct or indirect, with any codefendants or persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution. Defendant shall have no contact, direct or indirect, with her son who is referenced in the indictment.

ECF No. 91 at 5–6. Defendant requests contact with her son, Curtis Cooper, who is named in the Superseding Indictment due to her health issues. *See* ECF Nos. 112 at 17 & 220. Defendant agrees that she should not discuss, directly or indirectly, this

case with her son. ECF No. 220. The Government has no objection to the modification. *Id*. U.S. Probation Officer David L. McCary indicates that he leaves this matter to the Court's discretion. *Id*. Having reviewed the record, and in accordance with 18 U.S.C. § 3142(c)(3), the Court grants Defendant's Motion and so that she may see her son.

**ACCORIDNGLY, IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Condition of Release, **ECF No. 220,** is **GRANTED.**

2. **Special Condition No. 3**, listed in ECF No. 91, is **MODIFIED** as follows:

   Defendant shall avoid all contact, direct or indirect, with any codefendants or persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution. **However, Defendant may have contact with her son, Curtis Cooper. Defendant shall not discuss, directly or indirectly, this case with Curtis Cooper.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel and the U.S. Probation Office.

**DATED** this __11th__ day of June 2019.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge