# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Cooper, Lisa Marie | Docket No. | 0980 4:18CR06044-005 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Lisa Marie Cooper, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Richland, Washington, on the 23rd day of October 2018, under the following conditions:

**Condition #2:** Defendant shall immediately advise the Court and United States Attorney in writing before any change in address.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in violation of her pretrial release supervision by failing to provide a change of address on or prior to November 16, 2020.

On October 25, 2018, the defendant reviewed and signed her conditions of pretrial release noting she understood her obligation to advise of any change in address.

On November 16, 2020, the defendant sent a text message to this officer stating she was no longer wanting to live. Attempts were made to contact the defendant via text message, by telephone, and in person with the assistance of the Kennewick Police Department. It was determined the defendant had moved out of her approved residence approximately 1 week earlier and her whereabouts are unknown. The defendant has failed to contact this officer to advise of her current address.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: November 18, 2020 |
| by | s/David L. McCary |
|  | David L. McCary<br>U.S. Pretrial Services Officer |

PS-8
**Re: Cooper, Lisa Marie**
**November 18, 2020**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*
_____
Signature of Judicial Officer

November 18, 2020
_____
Date