UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Cooper, Lisa Marie | Docket No. | 0980 4:18CR06044-EFS-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Lisa Marie Cooper, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Richland, Washington, on the 23rd day of October 2018, under the following conditions:

**Condition of Release #9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Condition #2:** The defendant shall immediately advise the Court and United States Attorney in writing before any change in address.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant is considered to be in violation of her conditions of pretrial release by using a controlled substance, fentanyl, on or prior to July 21, 2021.

On October 25, 2018, the defendant reviewed and signed her conditions of pretrial release noting she understood she could not use controlled substances unless they were prescribed by a licensed medical practitioner.

On July 21, 2021, the defendant admitted to this officer she had used fentanyl several days earlier for pain. The defendant did not have a prescription for fentanyl.

**Violation #2:** The defendant is considered to be in violation of her conditions of pretrial release by failing to provide a change of address on or prior to July 27, 2021.

On October 25, 2018, the defendant reviewed and signed her conditions of pretrial release noting she understood her obligation to advise of any change in address.

On July 21, 2021, the defendant was found to have changed residences without providing prior notification. The defendant admitted she had been removed form the Oxford House in Richland, Washington, but agreed to advise of her whereabouts daily.

On July 27, 2021, the defendant sent a text message to this officer stating she was no longer staying at the Wood Springs Suites in Richland, Washington. Attempts were made to contact the defendant, but Ms. Cooper has failed to reply. Her whereabouts is currently unknown.

PS-8
Re: Cooper, Lisa Marie
July 29, 2021
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    July 29, 2021

by    s/David L. McCary

David L. McCary
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

7/29/2021
Date